IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Jonathan Cody,<br><br>　　　　　Petitioner,<br><br>v.<br><br>S. W. Phelps, *Warden*,<br><br>　　　　　Respondent. | Case No. 8:20-cv-03298-SAL<br><br>**ORDER** |

　　　This matter is before the Court for review of the October 26, 2020 Report and Recommendation ("Report") of United States Magistrate Judge Jacquelyn D. Austin, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). [ECF No. 14]. In the Report, the Magistrate Judge recommends the § 2241 Petition filed in this case, ECF No. 1, be transferred to the United States District Court for the Eastern District of Pennsylvania. [ECF No. 14 p. 5]. No party filed objections to this Report, and the time to do so has passed. *See* [ECF No. 14].

　　The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *See Mathews v. Weber,* 423 U.S. 261, 270-71 (1976). The Court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the Court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the Court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record

in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.,* 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the Court finds no clear error, adopts the Report, and incorporates the Report by reference herein. Accordingly, the § 2241 Petition filed in this case, ECF No. 1, is transferred to the United States District Court for the Eastern District of Pennsylvania.

    IT IS SO ORDERED.

March 31, 2021  
Florence, South Carolina

/s/Sherri A. Lydon  
Sherri A. Lydon  
United States District Judge